**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**DESERY MARTIN CHASE,**

    **Plaintiff,**

v.                                                                          **Case No: 8:19-cv-216-T-35AEP**

**UNIVISTA INSURANCE CORPORATION,**

    **Defendant.**

___

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon review of the Plaintiff's Motion for Leave to Voluntarily Dismiss Without Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(2), (Dkt. 42), which the Court construes as a Notice of Voluntary Dismissal, it is hereby **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**. The **Clerk** is directed to terminate any pending motions and **CLOSE** this case.

**DONE and ORDERED** at Tampa, Florida this 20th day of June, 2019.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Party